UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| RICHARD M. TRISCO,<br><br>    Plaintiff,<br>v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>    Defendant. | Case No.  2: 19-cv-01076-PP<br><br>Judge Pamela Pepper |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RICHARD M. TRISCO, and the Defendant, PIONEER CREDIT RECOVERY, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against PIONEER CREDIT RECOVERY, INC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 21, 2020                                                         Respectfully Submitted,

| | |
|---|---|
| **RICHARD M. TRISCO** | **PIONEER CREDIT RECOVERY, INC.** |
| /s/ Nathan C. Volheim | /s/ Jordan S. O' Donnell (*with consent*) |
| Nathan C. Volheim | Jordan S. O' Donnell |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Hinshaw & Culbertson LLP |
| 2500 S. Highland Avenue, Suite 200 | 55 State Street, 27th Floor |
| Lombard, Illinois 60148 | Boston, MA 02109 |
| Phone: (630) 575-8181 | jodonnell@hinshawlaw.com |
| Fax :(630) 575-8188 | |
| nvolheim@sulaimanlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
